IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA, EASTERN DIVISION

| | |
|---|---|
| Dave Wright Nissan Subaru, Inc., et. al.,<br><br>                              Plaintiffs,<br>v.<br><br>Nissan North America, Inc.<br>                              Defendant. | Case No. 1:21-cv-00017<br><br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned parties, by and through their undersigned counsel, here stipulate and jointly move that Plaintiffs' claims against Defendant in the above-captioned matter be dismissed, without prejudice, and that the Order of Dismissal submitted herewith be entered by the Court. Each party is to pay its own attorneys' fees and costs.

Respectfully submitted this 23rd day of April, 2021.

| | |
|---|---|
| By: /s/ *Gregory M. Lederer*<br>Gregory M. Lederer<br>**LEDERER WESTON CRAIG PLC**<br>118 3rd Avenue, Suite 700<br>Cedar Rapids, IA 52401<br>Phone: (319) 365-1184<br>Fax: (319) 365-1186 | By: /s/ *James H. Arenson*<br>James H. Arenson (AT0000549)<br>James W. Radig (AT0006445)<br>John W. Hofmeyer IV (AT0011479)<br>**ARENSON LAW GROUP PC**<br>425 Second Street S.E., Suite 900<br>Cedar Rapids, IA 52401<br>Phone: (319) 363-8199<br>Fax: (319) 363-8448 |
| James C. McGrath (admitted pro hac vice)<br>William F. Benson (admitted pro hac vice)<br>**SEYFARTH SHAW LLP**<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210<br>Phone: (617) 946-4800 Fax: (617) 946-4801 | Aaron R. Thom (admitted *pro hac vice*)<br>**THOM ELLINGSON, PLLP**<br>825 Nicollet Mall, Suite 950<br>Minneapolis, MN 55402<br>Phone: (612) 286-0505<br>Fax: (612) 601-8955 |
| **ATTORNEYS FOR DEFENDANT** | **ATTORNEYS FOR PLAINTIFFS** |

# CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2021, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will provide notification of such filing to all counsel of record.

>*/s/ John W. Hofmeyer IV*
>John W. Hofmeyer IV